IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

AVAMARIE MITCHELL, *et al.*,

        Plaintiffs,

v.                             3:25-CV-362
                                 (JUDGE MARIANI)

KMEL, *et al.*,

        Defendants.

## ORDER

**AND NOW, THIS 29TH DAY OF JULY, 2025**, upon review of Magistrate Judge Leo Latella's Report & Recommendation ("R&R") (Doc. 22) for clear error or manifest injustice,

**IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 22) is **ADOPTED** for the reasons stated therein.

2. Plaintiffs' Motion to Remand (Doc. 10) is **GRANTED**.

3. Plaintiffs' Motion to Dismiss (Doc. 18) is **DISMISSED** for lack of subject matter jurisdiction.

4. KMEL's Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. 7) is **DENIED** as moot.

5. The above-captioned action is **REMANDED** to the Court of Common Pleas of Monroe County.

6. The Clerk of Court is directed to **CLOSE** the federal action.

7. The Clerk of Court is directed to mail a certified copy of this order of remand to the Clerk of Court of Common Pleas of Monroe County.

_____
Robert D. Mariani
United States District Court Judge